UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDUSTRIAL CARRIERS INC.,

        Plaintiff,

- against -

FU BAI HANG SHIPPING,

        Defendant.
----------------------------------------X

JUDGE CROTTY

'07 CIV 5640
07 CV _____
ECF CASE

RECEIVED JUN 13 2007 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 13, 2007
       New York, NY

        The Plaintiff,
        INDUSTRIAL CARRIERS INC.,

        By: _____
        Lauren C. Davies (LD 1980)
        Thomas L. Tisdale (TT 5263)
        TISDALE LAW OFFICES, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 – phone
        (212) 869-0067 – fax
        ldavies@tisdale-law.com
        ttisdale@tisdale-law.com