UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
INDUSTRIAL CARRIERS INC.,          :

          Plaintiff,          :

   - against -          :

FU BAI HANG SHIPPING,          :

          Defendant.          :
----------------------------------------------------X

07 CV 5640 (PAC)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 8 2008

## ORDER TO SHOW CAUSE

Upon the affidavit of Lauren C. Davies dated February 21, 2008 and upon all prior proceedings herein it is hereby:

ORDERED that the Defendant Fu Bai Hang Shipping appear before the Hon. Paul A. Crotty, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at 11:45am on Thursday March 6, 2008 in Courtroom 20-C, why an order should not be entered:

(1) Pursuant to Rule 55.2(b) of the Civil Rules for Southern District of New York, Rule 55 of the Federal Rules of Civil Procedure, and Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims granting a default judgment against Defendant in the amount of **$243,290.09**; and

(2) Granting such other and further relief as to this Court may see just and proper.

Service of this order and the papers upon which it was granted shall be made by overnight courier and email on the Defendant Fu Bai Hang Shipping on or before 5:00 p.m. on February 29, 2008.

Any papers in opposition to said motion shall be filed, with courtesy copies to the Court, and served by courier on counsel for plaintiff by 5:00 p.m. on March 4, 2008.

Dated: FEB 28 2008

_____
U.S.D.J.