# EXHIBIT 1

GOLDEN CHARTERING & BROKERAGE LTD
E-MAIL: GOLDENCH@OTENET.GR

GOOD DAY SIRS.,

TO MESSRS INDUSTRIAL CARRIERS INC - AS OWNERS/TC OWNERS
CC MESSRS FU BAI HANG SHIPPING- AS CHARTERERS

FINAL FIXTURE RE-CAP ON MAIN TERMS WITH AGREED AMENTMENTS

MV MARATHA PROVIDENCE (ex Maritime Skill)
BUILT / FLAG : 1995 / INDIAN
47,574 MT DWAT ON 11.829M SSW
LOA 189.99M / BEAM 30.50M
GRAIN CAPACITY (HOLDWISE) :
1) 10544 M3 2) 12465 M3 3) 11656 M3 4) 12273 M3
5) 11087 M3
2,116,162 / 2,075,198 CBF GRAIN / BALE
5 HOHA
TPC AT SUMMER DFT : 50.96 (SSW)
GRT/ NRT : 26381 / 16138
HATCH SIZES : NO.1 16.15 X 15.30 2-5 20.80 X 15.30M
CRANES : 4 x 30 MT ELECTRO HYDRAULIC CRANES WITH 4 x 12 CBM PEINER
GRABS
MAX OUTREACH 10.75M

ITINERARY:

vsl eta rizhao 1 may
disch abt 2 days
etcd 3 may

- T/C OWNERS INDUSTRIAL CARRIERS INC

FOR

- ACCT FU BAI HANG SHIPPING

- 50,000 MT 10 PCT MOLOO NICKEL ORE

- LOAD : 1SB OR 1 SAFE ANCHORAGE IN CHOPT SURIGAO 1SB SURIGAO

- DISCH: 1SB LIANYUNGANG

- CHARTERERS GUARANTEE FREE DRAFT RESTRICTIONS AT BOTH ENDS

- LAYCAN : 4/15 MAY , 2007 00:01/23:59 LT

- LOADRATE : 8000 MT PWWD SHINC

- DISCHRATE : 12000 MT PWWD SHINC

- DEMURRAGE USD 46750 PDPR HDWTS BE (DEMMURAGE AT LOAD PORT TO BE PAYED BEFORE BREAKING BULK)

- CHTRS AGENTS AT DISPORT (PENANVICO)

- FRT : USD 25.25 PMT FIOST 1/1
- CHTRS TO PAY USD 350,000 LUMPSUM IN ADVANCE AFTER NOMINATION OF VESSEL AND SUBJECT OWRS TO PROVIDE OWNERSHIP TITLE, VSL'S DOC, CLASS CERT ETC. AND TO GIVE VSL'S INTINERARY/FULL STYLES OF LAST PORT AGENT

- FREE EXTRA INSURANCE

- 3.75 PCT TTL COMM INCL. 1.25PCT 'GOLDENCHART'

- ALL SUBJECT IS LIFTED

ENDS++

- BASED GENCON 94 CHARTERERS PROFORMA WITH FOLLOWING AMENTMENTS :

CLAUSE 25
PLS ADD AT THE END:

In case BOL marked freight prepaid same will be released to chrtrs upon receipt of full freight by owners on nominated bank account.

CLAUSE 28
PLS DELETE
within office hours i.e. between 0900-1700 hours monday to friday and 0900-1200 hours on saturday.

REPLACE WITH
at any time arnd the clock atdnshinc

CLAUSE 31
PLS ADD IN LINE 1 AFTE THE WORD receivers THE WORDS and charterers
PLS REPLACE IN LINE 2 THE WORD charterer's WITH THE WORDS charterer's/receiver's
PLS DELETE IN LINE 2 THE WORD upon AND REPLACE IT WITH before and on

---
END

ABOVE IS IN ORDER AND CONFIRMED BY OWNERS AND CHARTERERS.
THANKS YR KIND COOPERATION TO THIS FIXTURE WITH CP. DD. 27-04-2007 IN ORDER.

REGARDS/ NICOLAS GRETSAS
GOLDENCHART

NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN