# EXHIBIT 2

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

October 16, 2007

*<u>Via Email and Registered Mail, Return Receipt</u>*
Fu Bai Hang Shipping (HK) Ltd.
3122, Jinhuang Building
Hexi District
Tianjin, China 300042
EMAIL: GOLDENCH@OTENET.GR

Re:   **Industrial Carriers, Inc. v. Fu Bai Hang Shipping**
      Docket Number: 07 Civ. 5640
      Our Reference Number: 07-99-1702

Dear Sir or Madam:

We represent Industrial Carriers, Inc. in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached at Bank of New York on or about October 11, 2007 in the sum of $300,000.00.

Please find attached to this letter all pleadings filed in the above referenced lawsuit including, but not limited to, the Complaint. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Sincerely,

Dawn C. Kubie
Paralegal

/Enclosures

