# EXHIBIT 3

## Lauren C. Davies

**From:**       Lauren C. Davies
**Sent:**       Wednesday, October 17, 2007 10:58 AM
**To:**         'fubaihang100@sina.com'
**Cc:**         Thomas Tisdale; Dawn Kubie
**Subject:**    Industrial Carriers Inc. v. Fu Bai Hang Shipping // TLO File 1702

Dear Sir or Madam:

Please find enclosed herein a copy of the notice of maritime attachment that we recently sent to you via certified mail and email.

Regards,

Lauren Davies

    

Notice to    LCD Affidavit 07 cv    Rule 7.1    Writ and order 07    Complaint 07 cv
efendant I.pdf (29 .   5640.pdf (...   sclosure.pdf (27 KB   cv 5640.pdf ...   5640.pdf (126 ...

Lauren Cozzolino Davies
**Tisdale Law Offices, LLC**

11 West 42nd Street
Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067

10 Spruce Street
Southport, CT
Tel: (203) 254-8474
Fax: (203) 254-1641

www.tisdale-law.com

***NOTICE***
This message is being sent by a lawyer. It may contain attorney-client or attorney work-product information subject to legal privilege. If you receive this email in error, please notify the sender. Thank you.