# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                :

           Plaintiff,                :     07 CV 5640 (PAC)
                                                                    ECF CASE
- against -                                          :

FU BAI HANG SHIPPING,              :     **DEFAULT JUDGMENT**

           Defendant.             :
---------------------------------------------------------X

    Pending is the Plaintiff's motion for default judgment against the Defendant, Fu Bai Hang Shipping. The Court finds that the Defendant was properly served, but has failed to appear and defend in this action. The Court concludes that the Plaintiff has provided a sufficient basis for the relief it has requested: **$243,290.09** plus applicable post-judgment interest.

    No hearing or investigation is necessary to determine the amount of damages or establish the truth of any averment by evidence, or for any other purpose.

    Petitioner is directed to mail copies of this ruling and judgment to the Defendant at their last known addresses.

    **SO ORDERED.**

    Dated: February __, 2008
           New York, NY

                                                _____
                                                Honorable Paul A. Crotty, U.S.D.J.