# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                  :

                Plaintiff,            :
                                                      07 CV 5640 (PAC)
  - against -                                :           ECF CASE

FU BAI HANG SHIPPING,                      :

                Defendant.            :
---------------------------------------------------X

## STATEMENT OF DAMAGES

Plaintiff seeks default judgment in the amount of $243,290.09 plus continuing post-judgment interest against the defendant Fu Bai Hang Shipping. The damages claimed are as follows:

**Principal Claim**

    Amount sought for breach of
    charter party contract dated April 27, 2007..................................$235,541.00

**Interest**

    Prejudgment Interest at the average rate of 4.03%
    calculated pursuant to 28 U.S.C. §1961(a)
    (April 28, 2007 – February 21, 2008) ...............................................$7,749.09

    Post Judgment Interest at the average rate of 4.03%
    (February 21, 2008 until paid ) ..........................................................

**TOTAL as of February 21, 2008**................................................$243,290.09