UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                        :

               Plaintiff,        :

      - against -                                 :        07 Civ. 5640
                                         ECF CASE

FU BAI HANG SHIPPING,                            :

              Defendant.        :
----------------------------------------------------X

## PROOF OF SERVICE

     Pursuant to Fed. R. Civ. P. 4(1), the Plaintiffs hereby make proof of service to the Court.

Plaintiffs have attached hereto as Exhibit 1 a true and accurate copy of our letter to the Defendant

dated February 28, 2008, a printout showing that same was sent via email, and a printout from

UPS attesting that service of the Order to Show Cause was made upon the Defendant.

Dated: New York, New York
       March 5, 2008

                          The Plaintiff,
                          INDUSTRIAL CARRIERS INC.,

             By:                 
                          Lauren C. Davies (LD 1980)
                          Thomas L. Tisdale (TT 5263)
                          TISDALE LAW OFFICES LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          ldavies@tisdale-law.com
                          ttisdale@tisdale-law.com