# EXHIBIT 1

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

February 28, 2008

*Via UPS and Email*
Fu Bai Hang Shipping (HK) Ltd.
3122, Jinhuang Building
Hexi District
Tianjin, China 300042
EMAIL: fubaihang100@sina.com

Re:   **Industrial Carriers, Inc. v. Fu Bai Hang Shipping**
      Docket Number: 07 Civ. 5640
      Our Reference Number: 07-99-1702

Dear Sir or Madam:

Please find enclosed an Order to Show Cause in the above-captioned of matter with all supporting documents. Thank you for your attention.

Sincerely,

*Dawn Kubie*

Dawn C. Kubie
Paralegal

/Enclosures

## Dawn Kubie

| | |
|---|---|
| **From:** | Dawn Kubie |
| **Sent:** | Thursday, February 28, 2008 2:55 PM |
| **To:** | 'fubaihang100@sina.com' |
| **Cc:** | Thomas Tisdale; Lauren C. Davies |
| **Subject:** | Industrial Carriers, Inc. v. Fu Bai Hang Shipping 07 cv 5640 |
| **Importance:** | High |

Re:   Industrial Carriers, Inc. v. Fu Bai Hang Shipping
       Docket number: 07 cv 5640

Dear Madam or Sir:

Please find enclosed an Order to Show Cause in the above-captioned of matter with all supporting documents. Thank you for your attention.

Sincerely,

Dawn C. Kubie
Paralegal

Tisdale Law Offices
10 Spruce Street
Southport, CT  06890
(203) 254-8474
Fax: (203) 254-1641

11 West 42nd Street, Suite 900
New York, NY  10036
(212) 354-0025
Fax: (212) 869-0067

2/28/2008



# Shipment Receipt

**Transaction Date:** 28 Feb 2008
**Tracking Number:** 1Z47215R0496550823

## Address Information

**Ship To:**
Fu Bai Hang Shipping (HK) Ltd.
Sir or Madam
3122, Jinhuang Building
Helix District
300042 Tianjin
CHINA, PEOPLE'S REPUBLIC OF

Telephone: 203-254-8474

**Ship From:**
Tisdale Law Offices, LLC
Marygrace Tirollo
10 Spruce Street
Southport CT 06890
UNITED STATES

Telephone: 203-254-8474

**Return Address:**
Tisdale Law Offices, LLC
Marygrace Tirollo
10 Spruce Street
Southport CT 06890
UNITED STATES

Telephone: 203-254-8474

## Shipment Information

### General Shipment Information

**Shipment ID:** 47215RV8FQF
**Billable Weight:** Letter
**Description of Goods:** Letter

### Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter | UPS Letter | | {Reference#1 - 1702} |

## UPS Shipping Service and Shipping Options

**Service:**
UPS Worldwide Saver (Express)
**Guaranteed By:**[1]
End of Day Monday, 3/3/2008

**Shipping Fees Subtotal:** 50.48 USD
**Transportation** 42.60 USD
**Fuel Surcharge** 7.88 USD

## Payment Information

**Bill Shipping Charges to:** Shipper's Account 47215R

**Total Charged:** 50.48 USD