**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213

E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,

                Plaintiff,

- against -

FU BAI HANG SHIPPING,

                Defendant.

-----------------------------------------------------------X

ECF CASE

07 Civ. 5640 (PAC)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Fu Bai Hang Shipping, by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 19, 2008

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant

By: _Rahul Wanchoo_
Rahul Wanchoo (RW-8725)